| AO 10 Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2011 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) McEwen, Catherine P. | 2. Court or Organization Bankruptcy Court, M. Dist. Fla | 3. Date of Report 07/06/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) United States Bankruptcy Judge | **5a. Report Type (check appropriate type)** <br> ☐ Nomination   Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> **5b.** ☐ Amended Report | 6. Reporting Period 01/01/2011 to 12/31/2011 |

**7. Chambers or Office Address**

801 N. Florida Avenue
Suite 854
Tampa, Florida 33602-3899

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President | _____ (active for collection purposes only) |
| 2. | Advisory Board Member | Salesian Youth Center (charitable organization) |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McEwen, Catherine P. | 07/06/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Florida Bar | 1/19-20/2011 | Tampa, FL | TFB midyear meeting | parking. |
| 2. | American Bankruptcy Institute | 3/10-12/2011 | Tampa, FL | Paskay seminar | parking and meals (plus registration fee waiver reported in Pt. V). |
| 3. | The Florida Bar | 4/15/2011 | Ft. Lauderdale, FL | TFB IP Symposium | air fare, ground transportation, lunch, and parking. |
| 4. | The Florida Bar | 6/22-24/2011 | Kissimmee, FL | TFB annual meeting | mileage, meals, lodging, and parking (plus registration fee waiver and comp'd lunch reported in Pt. V). |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | McEwen, Catherine P. | 07/06/2012 |

| | | | | | |
|---|---|---|---|---|---|
| 5. | American Bankruptcy Institute | 7/27-30/2011 | Kiawah Island, NC | SE Conference | air fare, ground transportation, meals, tips, and parking (plus registration fee waiver and comp'd hotel reported in Pt. V). |
| 6. | The Florida Bar | 9/2-5/2011 | Naples, FL | TFB Business Law Section retreat | mileage, food, lodging, tips, parking (plus registration fee waiver reported in Pt. V). |
| 7. | Hillsborough County Bar Association | 9/20/2011 | Tampa, FL | Half-day RE seminar (co-sponsored with TBBBA) | lunch (plus registration fee waiver reported in Pt. V). |
| 8. | National Conference of Bankruptcy Judges | 10/12-15/2011 | Tampa, FL | NCBJ annual conference | parking, lodging, and dinner. |
| 9. | Ameican Bankruptcy Institute | 10/13/2011 | Tampa, FL | NCBJ annual conference ABI Roundtables | parking and lodging. |
| 10. | Jacksonville Bankruptcy Bar Association | 10/27-29/2011 | Ponte Vedra Beach, FL | Annual seminar | air fare, meals, lodging, parking, tips (plus registration fee waiver and comp'd meal reported in Pt. V). |
| 11. | The Florida Bar | 11/30-12/1/2011 | Fort Lauderdale, FL | TFB Business Law Section mid-year meeting | air fare, rental car, lodging, parking, tips (plus comp'd meals reported in Pt. V). |

| Name of Person Reporting | Date of Report |
|---|---|
| McEwen, Catherine P. | 07/06/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Tina Dunsford/Gray-Robinson law firm | Three Rays dugout tickets, two Lightning tickets | $745.00 |
| 2. | Tampa Bay Bankruptcy Bar Association | Dues waiver, $75; regular lunches/holiday party, 9 pizza lunches,...cont'd @ Pt. VIII | $600.00 |
| 3. | American Bankruptcy Institute | Comp'd registration fees, lodging mentioned in Pt. IV, lines 2 and 5 | $1,937.75 |
| 4. | The Florida Bar | Comp'd meals and waived registration fees mentioned in Pt. IV, lines 4, 6, and 11. | $929.32 |
| 5. | Richard Sanchez/Advantica/Paul Bilzerian | Two Rays skybox seats for opening day, food and beverages, Evan Longoria signed bat | $450.00 |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McEwen, Catherine P. | 07/06/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wachovia Bank DDA/CD/savings/MMA accounts | A | Interest | K | T | | | | | |
| 2. AmeripriseONE Financial Acc't - MMA (non-IRA) | A | Int./Div. | J | T | | | | | |
| 3. State Farm Bank Account | A | Interest | J | T | | | | | |
| 4. State Farm Life Ins. Co. Var. Deferred Annuity (ROTH IRA) | A | Interest | J | T | | | | | |
| 5. Ameriprise MMA for Brokerage Acc'ts for IRAs | A | Interest | J | T | | | | | |
| 6. AMERPRISE IRA #1 (SEP) (nos. 7-14 below) | | | | | | | | | |
| 7. -Oppenheimer Global Strat. Inc. A (OPSIX) | A | Dividend | J | T | | | | | |
| 8. -Oppenheimer Main St. Select A (OMSOX) | A | Dividend | J | T | | | | | |
| 9. -Oppenheimer Main St. Sm.-M/Cap Class A (OPMSX) | A | Dividend | J | T | | | | | |
| 10. -Oppenheimer Sm. and Mid Cap Value Class A (QVSCX) | | None | J | T | | | | | |
| 11. -Oppenheimer Select Value (OSVAX) | A | Dividend | J | T | | | | | |
| 12. -Oppenheimer Intl Diversified Class A (OIDAX) | A | Dividend | J | T | | | | | |
| 13. -Calamos Invt Trust New Growth Fund Class A (CVGRX) | A | Dividend | J | T | | | | | |
| 14. -Calamos Invt TR New Conv FD-Class A (CCVIX) | A | Dividend | J | T | | | | | |
| 15. AMERPRISE IRA #2 (Annuity) (nos. 16-24 below) | | | | | | | | | |
| 16. -AllBern VPS Intl Val | A | Dividend | K | T | | | | | |
| 17. -Fid VIP Contrafd Cl 2 | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McEwen, Catherine P. | 07/06/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -Fid VIP Mid Cap Cl 2 | A | Dividend | K | T | | | | | |
| 19.  -COL VP Div Eq Inc Fd | A | Dividend | K | T | | | | | |
| 20.  -COL VP Mid Cap Value | A | Dividend | K | T | | | | | |
| 21.  -Wanger US Smaller Co | A | Dividend | K | T | | | | | |
| 22.  -Wanger Intl Small Cap | A | Dividend | J | T | | | | | |
| 23.  -FT VIP Small Cap Valu | A | Dividend | K | T | | | | | |
| 24.  -Oppenheimer Strat Bond | A | Dividend | K | T | | | | | |
| 25.  AMERPRISE IRA #3 (Reg. IRA) (nos. 26-27 below) | | | | | | | | | |
| 26.  -Thornburg Value Fund Class A M/F (R/O) | A | Dividend | J | T | | | | | |
| 27.  -Putnam Absolute Ret. 700-B | A | Dividend | K | T | | | | | |
| 28.  Stock ▨ | | None | J | W | | | | | |
| 29.  Florida Prepaid Tuition Plan ▨ | | None | J | T | | | | | |
| 30.  Florida Prepaid Tuition Plan ▨ | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

V.

No. 3: 1/2 day seminar registration fee waiver, annual dinner, annual dinner token gift, total value $525.00 (no individual gift item exceeds $134.00, although together all items exceed $335.00).

VII.

No. 1: The aggregate includes the balance of my closely held P.A. DDA account.

No. 13: My 2010 FDR shows the name of this fund as Calamos Growth Fund-Class B M/F (CVGBX). This is what my 12-31-10 SEP IRA statement showed. Without explanation, my 1-1-2011 SEP IRA statement shows the name I have listed. I have written to Calamos to ask why the fund name and class changed.

No. 14: My 2010 FDR shows the name of this fund as Calamos Convertible Fund-Class B M/F (CALBX). This is what my 12-31-10 SEP IRA statement showed. Without explanation, my 1-1-2011 SEP IRA statement shows the name I have listed. I have written to Calamos to ask why the fund name and class changed.

No. 15: On whole, this annuity lost $17,658.20, so most if not all of the income in Col. B for the various funds comprising the annuity was negative.

No. 19, 20: These funds underwent a name change from Riversource to Columbia, as I understand it, sometime between April and June, 2011.

No. 8: This fund changed its name from that reported in my 2009 FDR.

No. 9: This fund changed its name from that reported in my 2009 FDR.

No. 10: This fund changed its name from that reported in my 2009 FDR.

No. 15: This fund reported a nominal long-term capital gain of $209.47 on 12/2/10, and I did not know where to report it.

No. 29: This fund automatically converted my B shares to A shares on 02/09/10 because I had held them the requisite time to avoid a contingent deferred sales charge in the event I sell these shares.

No. 31. My P.A. has an attorney's trust account that is not and should not be reflected as an asset of the P.A. It is a Florida Bar IOTA account, with interest payable to The Florida Bar. The value of my P.A. is based on potential receivables and a DDA bank balance that is also included in line 1 on Part VII; changes in value over the year occur as a result of any after-tax distrbutions to me shown in Part III-A (none in 2010) and as a result of payment of ordinary P.A. expenses (storage, etc.) from the bank account.

Nos. 32-33: Pursuant to privacy recommendations, I have used [          ] for whom I have purchased these plans.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Catherine P. McEwen**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544